FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 2 4 2015

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 15-2231JB |
| | ) | |
| Plaintiff, | ) | Counts 1-2: 21 U.S.C. §§ 841(a)(1) and |
| | ) | (b)(1)(B): Distribution of 5 Grams and |
| vs. | ) | More of Methamphetamine; |
| | ) | |
| **JOSE GUERRERO**, | ) | Count 3: 21 U.S.C. §§ 841(a)(1) and |
| | ) | (b)(1)(A): Distribution of 50 Grams and |
| Defendant. | ) | More of Methamphetamine; |
| | ) | |
| | ) | Count 4: 21 U.S.C. §§ 841(a)(1) and |
| | ) | (b)(1)(A): Possession with Intent to |
| | ) | Distribute 500 Grams and More of |
| | ) | Mixture and Substance Containing |
| | ) | Methamphetamine. |

INDICTMENT

The Grand Jury charges:

### Count 1

On or about January 13, 2015, in Bernalillo County, in the District of New Mexico, the

defendant, **JOSE GUERRERO**, unlawfully, knowingly and intentionally distributed a

controlled substance, 5 grams and more of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

### Count 2

On or about January 30, 2015, in Bernalillo County, in the District of New Mexico, the

defendant, **JOSE GUERRERO**, unlawfully, knowingly and intentionally distributed a

controlled substance, 5 grams and more of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

## Count 3

On or about March 6, 2015, in Bernalillo County, in the District of New Mexico, the defendant, **JOSE GUERRERO**, unlawfully, knowingly and intentionally distributed a controlled substance, 50 grams and more of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

## Count 4

On or about June 10, 2015, in Bernalillo County, in the District of New Mexico, the defendant, **JOSE GUERRERO**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

## FORFEITURE ALLEGATION

Counts 1 through 4 of this Indictment are incorporated as part of this section of the Indictment as if fully re-alleged herein for the purpose of alleging forfeiture to the United States pursuant to 21 U.S.C. § 853.

Upon conviction of any offense in violation of 21 U.S.C. § 841, the defendant, **JOSE GUERRERO**, shall forfeit to the United States pursuant to 21 U.S.C. § 853 any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of each offense for which the defendant is convicted, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said offenses.

The property to be forfeited to the United States includes but is not limited to the following:

2

PROPERTY

$10,800 United States currency.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney